UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**NAIKKIA MCCLAIN**

FILED
JAMES J. VILT, JR. - CLERK
FEB - 4 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

INDICTMENT

NO. 3:26-cr-21-BB

18 U.S.C. § 2
18 U.S.C. § 510(a)(2)
18 U.S.C. § 1344
18 U.S.C. § 1028A

The Grand Jury charges:

## COUNT 1
### (*Attempted Uttering of Forged Treasury Checks*)

On or about December 16, 2025, in the Western District of Kentucky, Bullitt County, Kentucky, **NAIKKIA MCCLAIN**, defendant herein, aided and abetted by another, attempted to pass and utter a Treasury check bearing a falsely made and forged endorsement and signature with the intent to defraud, to wit, **NAIKKIA MCCLAIN** attempted to pass an $803,570.35 Treasury check made payable to Victim 1.

In violation of Title 18, United States Code, Sections 2 and 510(a)(2).

The Grand Jury further charges:

## COUNT 2
### (*Attempted Bank Fraud*)

On or about December 16, 2025, in the Western District of Kentucky, Bullitt County, Kentucky, **NAIKKIA MCCLAIN**, defendant herein, aided and abetted by another, knowingly

attempted to execute a scheme and artifice to defraud a financial institution and to obtain money and other property owned by and under the custody and control of a financial institution by means of false and fraudulent pretenses and representations, to wit: **NAIKKIAH MCCLAIN** attempted to deposit an $803.570.35 Treasury check made payable to Victim 1 at Stockyards Bank.

In violation of Title 18, United States Code, Sections 2 and 1344.

The Grand Jury further charges:

## COUNT 3
*(Aggravated Identity Theft)*

On or about December 16, 2025, in the Western District of Kentucky, Bullitt County, Kentucky, **NAIKKIA MCCLAIN**, defendant herein, during and in relation to attempted bank fraud, as described above, knowingly possessed and used without lawful authority a means of identification of another person and a false identification document, to wit: **NAIKKIA MCCLAIN** presented a driver's license bearing the name of A.M. to Stockyards Bank.

In violation of Title 18, United States Code, Section 1028A.

The Grand Jury further charges:

## COUNT 4
*(Aggravated Identity Theft)*

On or about December 16, 2025, in the Western District of Kentucky, Bullitt County, Kentucky, **NAIKKIA MCCLAIN**, defendant herein, during and in relation to attempted bank fraud, as described above, knowingly possessed and used without lawful authority a means of

identification of another person and a false identification document, to wit: **NAIKKIA MCCLAIN** presented a Treasury check bearing the alleged endorsement of A.M. to Stockyards Bank.

In violation of Title 18, United States Code, Section 1028A.

A TRUE BILL.

_Kyle Bumgarner_

_____
KYLE G. BUMGARNER
UNITED STATES ATTORNEY

KGB:DW:02/04/2026

UNITED STATES OF AMERICA v. **NAIKKIA MCCLAIN**

## PENALTIES

Count 1:            NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2:            NM 30 yrs./$1,000,000/both/NM 5 yrs. Supervised Release
Counts 3 & 4:       2 yrs. (consecutive)/$250,000/both/ NM 1 yr. Supervised Release

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

**SPECIAL ASSESSMENTS**

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

**FINES**

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.    **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

For offenses occurring after December 12, 1987:

No **INTEREST** will accrue on fines under $2,500.00.

**INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

**PENALTIES** of:

10% of fine balance if payment more than 30 days late.

15% of fine balance if payment more than 90 days late.

2.    Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.    Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

## RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

## APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)

## PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202
502/625-3500

BOWLING GREEN:    Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY  42101
270/393-2500

OWENSBORO:    Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY  42301
270/689-4400

PADUCAH:    Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY  42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.